# EXHIBIT 1

CAUSE NO. 52545-A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| ADA LOUISE McHENRY, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> HENDRICK MEDICAL CENTER d/b/a HENDRICK MEDICAL CENTER SOUTH AND HENDRICK HEALTH; and XSOLIS, INC., <br><br> *Defendants*. | Case No. 1:26-cv-00361 |

## INDEX OF DOCUMENTS FILED IN STATE COURT

Pursuant to Local Rule 81.1(a)(4)(A), Defendant Xsolis, Inc. ("Xsolis") files with its

Notice of Removal as separate attachments all documents filed in state court as described below:

| Document | Document Title | Date Filed in State Court |
|---|---|---|
| A | Plaintiff's Original Petition in Class Action | June 17, 2026 |
| B | Request for Issuance of Citation to Hendrick Medical Center | June 18, 2026s |
| C | Request for Issuance of Citation to Xsolis, Inc. | June 18, 2026 |
| D | Summons/Citation Issued to Hendrick Medical Center | June 18, 2026 |
| E | Summons/Citation Issued to Xsolis, Inc. | June 18, 2026 |
| F | Summons/Citation to Xsolis, Inc. Returned Served | June 29, 2026 |
| G | Summons/Citation to Hendrick Medical Center Returned Served | July 1, 2026 |
| H | Letter Requesting Filing | July 16, 2026 |

Respectfully submitted,

**BUTLER SNOW LLP**

By:  */s/ Amanda G. Taylor*
     Amanda G. Taylor
     State Bar No. 24045921
     amanda.taylor@butlersnow.com
     Roshni Mahendru
     State Bar No. 24138224
     roshni.mahendru@butlersnow.com
     1400 Lavaca Street, Suite 1000
     Austin, TX 78701
     Tel: (737) 802-1800
     Fax: (737) 802-1801

**ATTORNEYS FOR DEFENDANT XSOLIS, INC.**