Filed 6/18/2026 11:04 AM
Accepted: 6/18/2026 11:38 AM
Tammy Robinson
District Clerk
Taylor County, Texas
Monica  Mendoza

# Request for Issuance Form

Date: 6/18/2026 _____                          Payment: $8.00 _____

Cause Number: _____

Style of Case: ADA LOUISE McHENRY, individually and on behalf of all others similarly situated, v. HENDRICK MEDICAL CENTER d/b/a HENDRICK MEDICAL CENTER SOUTH AND HENDRICK HEALTH

PLEASE ISSUE:

__X___ Citation (Personal Service)

_____ Citation by Certified Mail

_____ Citation and Temporary Restraining Order

_____ Citation and Notice of Hearing

_____ Notice of Hearing

_____ Notice of Hearing for Protective Order

_____ Writ of Habeas Corpus/Attachment

_____ Citation by Posting /Publication (specify)

_____ Notice of Expunction

_____ Abstract of Judgment    _____ Execution (circle) 30, 60, 90 days

_____ Other

Indicate what to serve with Issuance

Plaintiff's Original Petition In Class Action
_____

_____

Indicate who to serve with Issuance

XSolis, Inc., through its registered agent National Registered Agents, Inc.
_____

located at 1209 Orange Street, Wilmington, Delaware 19801
_____

Send to Issuance to:

_____ Sheriff of Taylor County
_____ Constable of Taylor County
_____ Certified Mail Service
__X___ Return to Attorney
            Name of Attorney: Emily Marlowe _____
_____ Private Process Server
            Name of Server: _____
_____ Other Please Specify

*Gabriela Bonilla*
_____
Signature of Attorney or Person Requesting Issuance

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Gabriela Bonilla on behalf of Emily Adler Marlowe
Bar No. 24076206
gbonilla@potts-law.com
Envelope ID: 116313419
Filing Code Description: Request
Filing Description: Request for Citation Hendrick Medical Center d/b/a Hendrick Medical Center South and Hendrick Health
Status as of 6/18/2026 11:39 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Derek Potts | | dpotts@potts-law.com | 6/18/2026 11:04:31 AM | SENT |
| Emily Marlowe | | Emarlowe@potts-law.com | 6/18/2026 11:04:31 AM | SENT |
| Gabriela Bonilla | | gbonilla@potts-law.com | 6/18/2026 11:04:31 AM | SENT |
| Taci Villarreal | | Tvillarreal@potts-law.com | 6/18/2026 11:04:31 AM | SENT |
| Paige Bahnsen | | Pbahnsen@potts-law.com | 6/18/2026 11:04:31 AM | SENT |

Copy from re:SearchTX