Filed 6/29/2026 6:36 AM
Accepted 6/29/2026 8:20 AM
Tammy Robinson
District Clerk
Taylor County, Texas
Monica Mendoza

# THE STATE OF TEXAS
## Case No. 52545-A

**NOTICE TO DEFENDANT: "The citation shall include the following notice to the defendant: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."**

**TO: XSOLIS, INC., through its registered agent National Registered Agents, Inc. located at 1209 Orange Street, Wilmington, Delaware 19801**

**Defendant, GREETINGS:**

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 42nd District Court of Taylor County, Texas, at the Courthouse of said County in Abilene, Texas.

Said Plaintiff's Petition was filed in said Court, by Emily B. Marlowe 3737 Buffalo Speedway, Suite 1900 Houston, Texas 77098, on June 17, 2026 in this case, numbered **52545-A** on the docket of said court, and styled,

**ADA LOUISE MCHENRY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED VS. HENDRICK MEDICAL CENTER, XSOLIS, INC.**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition In Class Action accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

Issued and given under my hand and the seal of said Court at Abilene, Texas, on this the 18th day of June, 2026.

Attached Per Request of Attorney: Plaintiff's Original Petition In Class Action

Clerk's Name and Address:
Tammy Robinson, District Clerk
Taylor County Courthouse
Suite 400
Abilene, Texas 79602

By: _____, Deputy
        Monica Mendoza

Copy from re:SearchTX

## RETURN OF SERVICE

52545-A        42nd District Court
ADA LOUISE McHENRY, individually and on behalf of all others similarly situated vs. Hendrick Medical Center, SOLIS, INC.
Executed when copy is delivered:
This is a true copy of the original citation, was delivered to defendant __XSOLIS, INC.__, on the __25th__ day of __June__, 20__26__.

By Process Server: Selena Cabrera   ~~Officer~~

_____County, ~~Texas~~

By: _____, Deputy

**ADDRESS FOR SERVICE:**

## XSOLIS, INC., through its registered agent National Registered Agents, Inc. located at 1209 Orange Street, Wilmington, Delaware 19801

OFFICER'S RETURN

Came to hand on the __24th__ day of __June__, 20__26__, at __12:33__, o'clock __p__.m., and executed in __New Castle, DE__ County, ~~Texas~~ by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the Plaintiff's Original Petition at the following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|------|-----------|--------------------------------------------|
| Served April Ransburg | 6/25/26 @ 11:10 a.m. | at 1209 Orange Street, Wilmington, DE 19801 |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being:

_____

and the cause or failure to execute this process is:

_____

and the information received as to the whereabouts of said defendant(s) being:

_____

**FEES:**
Serving Petition and Copy $_____
Total                              $_____

_____, Officer
_____County, ~~Texas~~

By: _____, Deputy

Process Server: Selena Cabrera
Affiant

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under penalty of perjury and contain the following statement:
"My name is __Selena Cabrera__, my date of birth is __August 29, 1973__, and my address is __2508 Turnstone Drive, Wilmington, DE 19805__.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in __New Castle__ County, State of __Delaware__, on the __26th__ day of __June, 2026__.

_____  Selena Cabrera
Declarant/Authorized Process Server

__N/A_____
(Id # & expiration of certification)

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 116694840
Filing Code Description: Citation Returned Served
Filing Description: Xsolis
Status as of 6/29/2026 8:20 AM CST

Associated Case Party: ADA LOUISE McHENRY, individually and on behalf of all others similarly situated

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Derek Potts | | dpotts@potts-law.com | 6/29/2026 6:36:19 AM | SENT |
| Emily Marlowe | | Emarlowe@potts-law.com | 6/29/2026 6:36:19 AM | SENT |
| Gabriela Bonilla | | gbonilla@potts-law.com | 6/29/2026 6:36:19 AM | SENT |
| Taci Villarreal | | Tvillarreal@potts-law.com | 6/29/2026 6:36:19 AM | SENT |
| Paige Bahnsen | | Pbahnsen@potts-law.com | 6/29/2026 6:36:19 AM | SENT |

Copy from re:SearchTX