Filed 7/1/2026 7:31 AM
Accepted: 7/1/2026 9:14 AM
Tammy Robinson
District Clerk
Taylor County, Texas
Monica Mendoza

# THE STATE OF TEXAS
## Case No. 52545-A

**NOTICE TO DEFENDANT: "The citation shall include the following notice to the defendant: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."**

**TO: Hendrick Medical Center d/b/a Hendrick Medical Center South and Hendrick Health through its registered agent Brad Holland at 1900 Pine Street, Abilene, Tx 79601**

**Defendant, GREETINGS:**

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 42nd District Court of Taylor County, Texas, at the Courthouse of said County in Abilene, Texas.

Said Plaintiff's Petition was filed in said Court, by Emily B. Marlowe 3737 Buffalo Speedway, Suite 1900 Houston, Texas 77098, on June 17, 2026 in this case, numbered **52545-A** on the docket of said court, and styled,

**ADA LOUISE MCHENRY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED VS. HENDRICK MEDICAL CENTER,XSOLIS, INC.**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition In Class Action accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

Issued and given under my hand and the seal of said Court at Abilene, Texas, on this the 18th day of June, 2026.

Attached Per Request of Attorney: Plaintiff's Original Petition In Class Action

Clerk's Name and Address:
Tammy Robinson, District Clerk
Taylor County Courthouse
Suite 400
Abilene, Texas 79602

By: _____, Deputy
　　　　　Monica Mendoza

Affidavit Attached

Copy from re:SearchTX

CAUSE NO: 52545-A

| | | |
|---|---|---|
| ADA LOUISE MCHENRY, INDIVIDUALLY AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED, | § § § | IN THE 42ND DISTRICT COURT |
| | § | OF |
| VS. | § | |
| | § | |
| | § | |
| HENDRICK MEDICAL CENTER, XSOLIS, INC. | § | TAYLOR COUNTY, TEXAS |

**AFFIDAVIT OF SERVICE**

The following came to hand on the **24th** day of **June 2026** at **11:30 AM** to be served on **Hendrick Medical Center d/b/a Hendrick Medical Center South and Hendrick Health by and through its registered agent Brad Holland**:

CITATION with PLAINTIFF'S ORIGINAL PETITION IN CLASS ACTION and
AUTOMATED CERTIFICATE OF eSERVICE

And it was executed at the usual place of business at **1900 Pine St. Abilene, TX 79601** within **Taylor County** at **10:39 AM** on **June 30, 2026,** by serving a true copy with the date of delivery endorsed to:

HENDRICK MEDICAL CENTER d/b/a
HENDRICK MEDICAL CENTER SOUTH AND HENDRICK HEALTH c/o
KIRK CANADA as INTERIM PRESIDENT, CEO, and AUTHORIZED PERSON TO ACCEPT

\*ADDITIONAL NOTES: Mr. Holland is no longer with the company and Mr. Canada has taken over.

My name is **Esmeralda Cerceda,** and I am at least 18 years old. My address is **3301 S. 14th St. Ste. 21, Abilene, Texas 79605, United States**. I DECLARE UNDER PENALTY PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in **Taylor** County, State of **Texas** on **June 30, 2026.**

Esmeralda Schmidt - Process Server
Cert. No. PSC15475 Exp. 08-31-2028

CWT Process Servers, LLC
3301 S. 14th St. Ste. 21
Abilene, TX 79605
(956) 379-2497

Copy from re:SearchTX

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 116812153
Filing Code Description: Citation Returned Served
Filing Description:
Status as of 7/1/2026 9:14 AM CST

Associated Case Party: ADA LOUISE McHENRY, individually and on behalf of all others similarly situated

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Derek Potts | | dpotts@potts-law.com | 7/1/2026 7:31:42 AM | SENT |
| Emily Marlowe | | Emarlowe@potts-law.com | 7/1/2026 7:31:42 AM | SENT |
| Gabriela Bonilla | | gbonilla@potts-law.com | 7/1/2026 7:31:42 AM | SENT |
| Taci Villarreal | | Tvillarreal@potts-law.com | 7/1/2026 7:31:42 AM | SENT |
| Paige Bahnsen | | Pbahnsen@potts-law.com | 7/1/2026 7:31:42 AM | SENT |

Copy from re:SearchTX