# BUTLER | SNOW

July 16, 2026

Tammy Robinson
Taylor County District Clerk                                                    *Via: eFile*
300 Oak Street, Suite 400
Abilene, TX 79602

> Re:    Cause No. 52545-A, *Ada Louise McHenry, individually and on behalf of all others similarly situated v. Hendrick Medical Center d/b/a Hendrick Medical Center South and Hendrick Health and Xsolis, Inc.*

Dear Ms. Robinson,

Please accept this letter as my request for electronic copies of the following filings in the above-referenced matter:

- Xsolis citation returned served, June 29, 2026;
- Request for issuance of citation to Xsolis, June 18, 2026; and
- Original citation issued to Xsolis.

You can email electronic copies to me at roshni.mahendru@butlersnow.com. Thank you for your assistance in this matter.

Sincerely,

BUTLER SNOW LLP

Roshni Mahendru

---

*SXSW Center*
*1400 Lavaca Street, Suite 1000*
*Austin, TX 78701*

**ROSHNI MAHENDRU**
512.615.1221
roshni.mahendru@butlersnow.com

*T 737.802.1800*
*F 737.802.1801*
*www.butlersnow.com*

BUTLER SNOW LLP