# EXHIBIT 2

# REGISTER OF ACTIONS
## CASE NO. 52545-A

| | | |
|---|---|---|
| ADA LOUISE McHENRY, individually and on behalf of all others similarly situated vs. Hendrick Medical Center,XSOLIS, INC. | § § § § § | Case Type: **All Other Civil Cases**<br>Date Filed: **06/17/2026**<br>Location: **42nd District Court** |

---

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| **Defendant** | **Hendrick Medical Center** *Doing Business As* **Hendrick Health** *Doing Business As* **Hendrick Medical Center South** | |
| **Defendant** | **XSOLIS, INC.** | |
| **Plaintiff** | **ADA LOUISE McHENRY, individually and on behalf of all others similarly situated** | **Emily B Marlowe**<br>*Retained*<br>713-963-8881(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | | |
|---|---|---|---|
| 06/17/2026 | **Original Petition**<br>*In Class Action* | | |
| 06/18/2026 | **Request For Issuance** | | |
| 06/18/2026 | **Request For Issuance** | | |
| 06/18/2026 | **Citation**<br>*Hendrick Medical Center/Envelope # 116328531* | | |
| 06/18/2026 | **Citation**<br>*Xsolis/Envelope # 116328531* | | |
| 06/18/2026 | **Citation**<br>XSOLIS, INC. | Served<br>Returned | 06/25/2026<br>06/29/2026 |
| 06/18/2026 | **Citation**<br>Hendrick Medical Center | Served<br>Returned | 06/30/2026<br>07/01/2026 |
| 06/29/2026 | **Citation Returned Served**<br>*Xsolis* | | |
| 07/01/2026 | **Citation Returned Served** | | |

---

### FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| **Plaintiff** ADA LOUISE McHENRY, individually and on behalf of all others similarly situated | | | |
| Total Financial Assessment | | | 366.00 |
| Total Payments and Credits | | | 366.00 |
| **Balance Due as of 07/24/2026** | | | **0.00** |
| 06/18/2026 | Transaction Assessment | | 350.00 |
| 06/18/2026 | E-File Payment | Receipt # DC-394959 | ADA LOUISE McHENRY, individually and on behalf of all others similarly situated (213.00) |
| 06/18/2026 | State Credit | | (137.00) |
| 06/18/2026 | Transaction Assessment | | 16.00 |
| 06/18/2026 | E-File Payment | Receipt # DC-394968 | ADA LOUISE McHENRY, individually and on behalf of all others similarly situated (16.00) |