# EXHIBIT 3

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Ada Louise McHenry,
Plaintiff

v.

1:26-cv-00361
Civil Action No.

Hendrick Medical Center, et al.
Defendant

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Xsolis, Inc.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

See Exhibit A attached.

| | |
|---|---|
| Date: | 07/24/2026 |
| Signature: | /s/ Roshni Mahendru |
| Print Name: | Roshni Mahendru |
| Bar Number: | 24138224 |
| Address: | 1400 Lavaca Street, Suite 1000 |
| City, State, Zip: | Austin, TX 78701 |
| Telephone: | (737) 802-1800 |
| Fax: | (737) 802-1801 |
| E-Mail: | roshni.mahendru@butlersnow.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.

# EXHIBIT A

## <u>CERTIFICATE OF INTERESTED PERSONS AND DISCLOSURE STATEMENT</u>

| <u>Interested Person or Entity</u> | <u>Connection to the Case</u> |
|---|---|
| Ada Louise McHenry, individually and on behalf of all others similarly attached | Plaintiff |
| Hendrick Medical Center d/b/a Hendrick Medical Center South and Hendrick Health | Defendant |
| Xsolis, Inc. | Defendant |
| Emily B. Marlowe<br>Matt Price<br>POTTS LAWS FIRM, LLP<br>3737 Buffalo Speedway, Suite 1900<br>Houston, TX 77098<br>Tel: (713) 963-8881<br>Fax: (713) 585-5388 | Counsel for Plaintiff |
| Justin W. Allen<br>THOMPSON COBUM LLP<br>2100 Ross Avenue, Suite 3200<br>Dallas, TX 75201<br>Tel: (972) 629-7131<br>Fax: (972) 629-7171<br><br>David M. Mangian<br>THOMPSON COBUM LLP<br>One US Bank Plaza<br>St. Louis, MO 63101<br>Tel: (314) 552-6540<br>Fax: (314) 552-7000 | Counsel for Defendant Hendrick Medical Center |
| Amanda Taylor<br>Roshni Mahendru<br>BUTLER SNOW LLP<br>1400 Lavaca Street, Suite 1000<br>Austin, TX 78701<br>Tel: (737) 802-1800<br>Fax: (737) 802-1801 | Counsel for Defendant Xsolis, Inc. |