# EXHIBIT 4

CAUSE NO. 52545-A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

|  |  |
|---|---|
| ADA LOUISE McHENRY, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> HENDRICK MEDICAL CENTER d/b/a HENDRICK MEDICAL CENTER SOUTH AND HENDRICK HEALTH; and XSOLIS, INC., <br><br> *Defendants*. | Case No. 1:26-cv-00361 |

## NOTICE OF RELATED CASE

Pursuant to Local Rules 3.3 and 81.1, Defendant Xsolis, Inc. ("Xsolis") files with its Notice of Removal  this Notice of Related Case.

1.      Currently the following related case is pending: *In re Xsolis, Inc. Data Breach Litigation Case*, No. 3:26-cv-00791; U.S. District Court, Middle District of Tennessee; Judge Eli Richardson.[1]

---

[1] This case consolidates the following cases: *Fernando Martinez v. Xsolis, Inc.*, Case No. 3:26-cv-00791, U.S. District Court, Middle District of Tennessee (filed June 15, 2026); *Deborah Todd v. Xsolis, Inc.*, Case No. 3:26-cv-00800, U.S. District Court, Middle District of Tennessee (filed June 11, 2026); *Marcus Owens v. Xsolis, Inc.*, Case No. 3:26-cv-00805, U.S. District Court, Middle District of Tennessee (filed June 12, 2026); *Eugene Chu, et al. v. Xsolis, Inc.*, Case No. 3:26-cv-00810, U.S. District Court, Middle District of Tennessee (filed June 12, 2026); *Daynique Johnson v. Xsolis, Inc.*, Case No. 3:26-cv-00815, U.S. District Court, Middle District of Tennessee; *Lyris Spencer-Harris v. Xsolis, Inc.*, Case No. 3:26-cv-00817, U.S. District Court, Middle District of Tennessee (filed June 15, 2026); *Wendy Dion v. Xsolis, Inc.*, Case No. 3:26-cv-00827, U.S. District Court, Middle District of Tennessee (filed June 16, 2026); *Gregory Mitchell v. Xsolis, Inc.*, Case No. 3:26-cv-00830, U.S. District Court, Middle District of Tennessee (filed June 17, 2026); *Juells McLeod v. Xsolis, Inc.*, Case No. 3:26-cv-00833, U.S. District Court, Middle District of Tennessee (filed June 18, 2026); *Roscoe Shorey v. Xsolis, Inc.*, Case No. 3:26-cv-00834, U.S. District Court, Middle District of Tennessee (filed June 18, 2026); *Holly Mathews v. Xsolis, Inc.*, Case No. 3:26-cv-00839, U.S. District Court, Middle District of Tennessee (filed June 22, 2026).

2.      The instant case and the pending consolidated cases in the Middle District of Tennessee involve the same Defendant, Xsolis, and the same data breach. As such, the cases arise from the same common nucleus of operative fact. *See* Local Rule 3.3(b)(3).

Respectfully submitted,

**BUTLER SNOW LLP**

By: */s/ Amanda G. Taylor*
      Amanda G. Taylor
      State Bar No. 24045921
      amanda.taylor@butlersnow.com
      Roshni Mahendru
      State Bar No. 24138224
      roshni.mahendru@butlersnow.com
      1400 Lavaca Street, Suite 1000
      Austin, TX 78701
      Tel: (737) 802-1800
      Fax: (737) 802-1801

**ATTORNEYS FOR DEFENDANT XSOLIS, INC.**

2