## Supplemental Civil Cover Sheet for Cases Removed
## From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | 42nd Judicial District of Taylor County, Texas | 52545-A |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | Party and Party Type | Attorney(s) |
   |---|---|
   | Plaintiff - Ada Louise McHenry, individually and on behalf of all others similarly situated | Plt: Potts Law Firm LLP, Emily B. Marlowe(24076206) Matt Price (24108866) 3737 Buffalo Speedway, Suite |
   | Defendant - Hendrick Medical Center d/b/a Hendrick Medical Center South and Hendrick Health | 1900, Houston, TX 77098, (713) 963-8881; Hendrick: Thompson Cobum LLP, David M. Mangian(MO 61728) |
   | Defendant - Xsolis, Inc. | Justin Allen(24081977) 2100 Ross Ave 3200, Dallas,TX |
   | | (972) 629-7131; XSolis: Amanda G. Taylor (24045921), Roshni Mahendru (24138224), Butler Snow LLP, 1400 Lavaca Street, Suite 1000, Austin, TX 78701, (737) 802-1800 |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?    ☑ Yes         ☐ No

   If "*Yes,*" by which party and on what date?

   <u>Plaintiff</u>                                                      <u>June 17, 2026</u>

   Party                                                       Date

Supplemental Civil Cover Sheet
Page **2** of **2**

4. **Answer:**

Was an Answer made in State Court?    ☐ Yes        ☑ No

If "*Yes*," by which party and on what date?

_____    _____
Party                                                        Date

5. **Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason(s) for No Service |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

6. **Nonsuited, Dismissed or Terminated Parties:**

Please indicate any changes from the style on the State Court papers and the reason for that change:

| Party | Reason |
|---|---|
|  |  |

7. **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claim(s) |
|---|---|
| Plaintiff | Negligence, Negligence Per Se, Violations of the Texas Deceptive Trade Practices-Consumer Protection Act, Invasion of Privacy, Breach of Fiduciary Duty, Unjust Enrichment, Breach of Implied Contract |